# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Weston B. Mullis, Laura G. Mullis, and Wendell K. Long as Trustee of L26128117112HCL Land Trust | ) ) ) ) | CLERK'S JUDGMENT |
| Plaintiff(s), | ) ) | 5:12-CV-00090-RLV-DSC |
| vs. | ) ) | |
| First Charter Bank, First Horizon Asset Securities, Inc., and First Horizon Alternative Mortgage Trust 2006-FA1, | ) ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2013, Order.

July 29, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court